IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EDWARD SANTOS                                                                                      PLAINTIFF

v.                           Civil No.  5:21-cv-05002

BRANDON PEACHEY, Parole Officer;                                                           DEFENDANTS
JOE E. HUHN, Supervisor; MELISSA
DAVIS, Probation Officer; and RICHARD
HOLT, Supervisor

**OPINION AND ORDER**

Plaintiff, Edward Santos ("Santos"), filed this action pursuant to 42 U.S.C. §1983 on January 4, 2021.  Santos was incarcerated at the Washington County Detention Center ("WCDC").  He proceeds *pro se* and has filed an application to proceed *in forma pauperis* ("IFP").

Santos' IFP application was incomplete.  An Order (ECF No. 2) was entered directing him to file a completed application by January 25, 2021.  This same Order (ECF No. 2), specifically advised Santos that he was required to immediately inform the Court of any change of address.  However, this Order and all other documents sent to Santos at the WCDC were returned as undeliverable on January 28, 2021, with a notation that Santos was no longer at the facility.  (ECF No. 5).

Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."  More than thirty days has expired since Santos' mail was returned as undeliverable.  To date, Santos has not provided a new address or contacted the Court in anyway.

1

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

    IT IS SO ORDERED on this 10th day of March 2021.

/s/ P. K. Holmes, III
P. K. HOLMES, III
U.S. DISTRICT JUDGE